[     ] **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

**In re:**

(1) **Calvin Leroy Ellis, Jr.**
xxx-xx-4761                             **Case No. 19-20594-D**
(2) **Jauna Chatman Ellis**
xxx-xx-2569                             **Chapter 13**

**Debtor(s)**

## CHAPTER 13 PLAN

**ADDRESS:**   (1)   5934 Macciness Drive         (2)   5934 Macciness Drive
Memphis TN 38119                    Memphis TN 38119

**PLAN PAYMENT:**

**DEBTOR (1)** shall pay   $864.00   ( ) weekly, ( X ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

( ) **PAYROLL DEDUCTION** from: _____   **OR   ( X) DIRECT PAY.**

**DEBTOR (2)** shall pay   $_____   ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

( ) **PAYROLL DEDUCTION** from: _____   **OR   ( ) DIRECT PAY.**

1. **THIS PLAN [Rule 3015.1 Notice]:**

   (A) **CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**   ( ) YES   ( X ) NO

   (B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**   ( X ) YES   ( ) NO

   (C) **AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12]**   ( ) YES   ( X ) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan; **OR (X)** Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to:   Monthly Plan Payment

   _____ ; ongoing payment begins _____   $_____
   Approximate arrearage: _____   $_____
   _____ ; ongoing payment begins _____   $_____
   Approximate arrearage: _____   $_____

5. **PRIORITY CLAIMS:**                                   Value of Claim        Monthly Plan Payment

   Internal Revenue Service                               $5,000.00            $84.00
   _____                                                 _____               $_____

6. **HOME MORTGAGE CLAIMS:**   ( ) Paid directly by Debtor(s); **OR** ( ) Paid by Trustee to:   Monthly Plan Payment

   _____ ; ongoing payment begins _____                                      $_____
   Approximate arrearage: _____   Interest _____ %                           $_____
   _____ ; ongoing payment begins _____                                      $_____
   Approximate arrearage: _____   Interest _____ %                           $_____

7. **SECURED CLAIMS:**                                   Value of Collateral   Rate of Interest   Monthly Plan Payment
   [Retain lien 11 U.S.C. §1325 (a)(5)]
   Titlemax of Tennessee                                 $1,800.00             7.0 %              $36.00
   _____                                                _____                _____ %           $_____
   _____                                                _____                _____ %           $_____

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
[Retain lien 11 U.S.C. § 1325 (a)]

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| American Credit Acceptance | $24,322.00 | 7.0 % | $482.00 |
| | | % | $ |
| | | % | $ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

| | Collateral: |
|---|---|
| | Collateral: |

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| First Key Homes | $3,500.00 | % | $71.00 |
| | | % | $ |
| | | % | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

| Fed Loan Servicing | ( X ) Not provided for | **OR** ( ) General unsecured creditor |
| Navient | ( X ) Not provided for | **OR** ( ) General unsecured creditor |
| PHEAA | ( X ) Not provided for | **OR** ( ) General unsecured creditor |
| | ( ) Not provided for | **OR** ( ) General unsecured creditor |

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. §522(f):**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILE CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $ 24,133.47 .

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( ) _____ %, **OR**,

**(X) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

| Covington Pike Acceptance Corp | ( X ) Assumes **OR** ( ) Rejects. |
| First Key Homes | ( X ) Assumes **OR** ( ) Rejects. |
| Progressive Leasing | ( X ) Assumes **OR** ( ) Rejects. |
| Snap Finance | ( X ) Assumes **OR** ( ) Rejects. |

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately sixty (60) months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ S. Jonathan Garrett     **DATE: January 22, 2019**
**Debtor(s)' Attorney Signature**

S. Jonathan Garrett (BPR#019389)  Attorney for Debtor
2670 Union Avenue Extended, Suite 1200,  Memphis, Tennessee 38112-4424
Telephone: 901-323-3200     Facsimile: 901-323-3275     Email: help@sjgarrett.com